**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 25-1599

LATIA THOMPSON-MCKOY,

        Plaintiff - Appellant,

      v.

UDR, INCORPORATED; JOSEPH D. FISHER, Chief Financial Officer/President;
BRENNA COSTNER, UDR, Inc. Business Manager,

        Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Baltimore.
Julie R. Rubin, District Judge.  (1:25-cv-00611-JRR)

Submitted:  August 14, 2025                Decided:  October 6, 2025

Before GREGORY and HEYTENS, Circuit Judges, and KEENAN, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Latia Thompson-Mckoy, Appellant Pro Se.  Mark Andrew Johnston, Darcy Osta,
ECKERT SEAMANS CHERIN & MELLOTT, LLC, Washington, D.C., for Appellees
Fisher and Costner.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Latia Thompson-Mckoy seeks to appeal the district court's orders denying her initial and first renewed requests for a temporary restraining order.  This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949).  The orders Thompson-Mckoy seeks to appeal are neither final orders nor appealable interlocutory or collateral orders.[*]  *See Off. of Pers. Mgmt. v. Am. Fed'n of Gov't Emps.*, 473 U.S. 1301, 1303-05 (1985) (discussing appealability of order denying temporary restraining order).  Accordingly, we deny Thompson-Mckoy's pending motions, and we dismiss the appeal for lack of jurisdiction.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*

---

[*] Because Thompson-Mckoy's claims against the defendants are still pending in the district court, a final order has not yet been entered.  *See Porter v. Zook*, 803 F.3d 694, 696 (4th Cir. 2015) (discussing finality).

2